UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:19-cr-073-VLB |
| v. ) | |
| ) | |
| ANTON JEPSEN ) | March 30, 2020 |

**SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF**
**MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)**

Anton Jepsen, by counsel, hereby files this memorandum to further supplement the Court with information obtained by counsel since the prior filings in support of his motion for the Court to amend his sentence to "time served" pursuant to 18 U.S.C. § 3582(c), to which <u>Assistant U.S. Attorney Deborah Slater indicated that the Government does not object.</u>

Evidence of the coronavirus invading the prison systems is mounting. The BOP has reported the first death of a federal inmate.[1] In just one day, a 49-year-old inmate went from complaining of a persistent cough to being placed on a ventilator. Eight days later, he died. Just like Mr. Jepsen, the man had "long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease."

The BOP now has a webpage dedicated to reporting positive tests of inmates and staff, which were at 19 apiece on March 29th, and increased to 29

---

[1] See Press Release, *Inmate Death at FCI Oakdale I*, U.S. DEP'T OF JUSTICE, BOP, Mar. 28, 2020, available via https://www.bop.gov/resources/news_stories.jsp.

and 24, respectively, on March 30, 2020.[2] Impacted facilities include familiar names, including FCI Danbury, Fort Dix, and Otisville, along with the previously noted positive at MDC Brooklyn. One facility, where the inmate died, is in lockdown status and may have stopped testing "to conserve testing resources."

State prison systems also are reporting significant numbers of affected inmates and staff. In Cook County in Illinois, the jail went from one positive to 101 positives in the span of a week.[3] In Connecticut, the DOC recently reported the first inmate positive test and already has announced three facility employees as having tested positive.[4]

In Rhode Island, the positive tests for residents are starting to jump.[5] The state corrections system has reported a positive test by a corrections officer.[6] The town of Central Falls, where Wyatt is located, has declared "a

---

[2] See *COVID-19 Tested Positive Cases*, BOP, available at https://www.bop.gov/coronavirus/.

[3] See Sam Kelly, *101 inmates at Cook County Jail confirmed positive for COVID-19*, CHICAGO SUN-TIMES, updated Mar. 30, 2020, available at https://chicago.suntimes.com/coronavirus/2020/3/29/21199171/cook-county-jail-coronavirus-positive-101-cases-covid-19.

[4] See Press Releases, *First Department of Correction Offender Tests Positive for the COVID-19 Virus*, CONN. DEPT. OF CORRECTION, Mar. 30, 2020, and *Third Department of Correction Employee to Test Positive for COVID-19 Virus*, CONN. DEPT. OF CORRECTION, Mar. 27, 2020, both available via https://portal.ct.gov/DOC/Common-Elements/Common-Elements/Health-Information-and-Advisories. Both the inmate and one of the staff members are from the same facility.

[5] See Linda Borg, *Raimondo: R.I. has 4th coronavirus death, 114 new cases*, Providence J., Mar. 30, 2020 (announcing new cases that increased total positives by more than 33%), available at https://www.providencejournal.com/news/20200330/raimondo-ri-has-4th-coronavirus-death-114-new-cases.

[6] *R.I. correctional officer tests positive for coronavirus*, PROVIDENCE J., updated Mar. 29, 2020, available at https://www.providencejournal.com/news/20200328/ri-correctional-officer-

2

local disaster emergency."[7] It appears to be a matter of time before COVID-19 is tied directly to Wyatt Detention Facility.

The concerns presented here are being recognized at all levels of government and by all sides calling for the release of inmates at risk, especially those with short prison terms remaining and at higher risk from the coronavirus.[8] Even prosecutors recognize the need for action, particularly for low-level offenders.

> The thing that we're concerned with is public safety, and we don't want to prescribe someone with substance-use disorder to a death sentence.

Marilyn Mosby, State's Attorney, Baltimore, Maryland, quoted in Timothy Williams et al, *'Jails Are Petri Dishes': Inmates Freed as the Virus Spreads Behind Bars*, N.Y. TIMES, Mar. 30, 2020, available at https//nyti.ms/2Jmnf4z.

Mr. Jepsen needs to be removed from Wyatt. At this point, he has served more than seven months in prison for violating conditions of supervised release based on his use of meth. The risk to Mr. Jepsen, who suffers from hypertension, diabetes, and HIV, is too great to warrant that he spends nearly two more months in a potential petri dish, where one positive could lead to 100 more in just one week.

---

tests-positive-for-coronavirus. Wyatt is privately run and outside the state's corrections system.

[7] EXECUTIVE ORDER, *Supplemental Emergency Declaration, Governmental Health and Safety Measures and Further Covid-19 Preparation and Prevention Measures*, 2020-0003, available via http://www.centralfallsri.us/coronavirus.

[8] *See, e.g.*, Bernadette Hogan, *Cuomo orders 1,100 parole violators released from jails over coronavirus concerns*, N.Y. POST, Mar. 27, 2020, available at https://nypost.com/2020/03/27/cuomo-orders-1100-parole-violators-released-from-jails-over-coronavirus-concerns/;

For these reasons, as well as those set forth previously, compassionate release is warranted.

Respectfully submitted,
ANTON JEPSEN

**/s/Charles F. Willson/s/**
By Charles F. Willson (# ct24129)
FEDERAL DEFENDER'S OFFICE
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
Tel:   (860) 493-6260
Fax:   (860) 493-6269
email: Charles_Willson@fd.org

## CERTIFICATION OF SERVICE

This is to certify that on March 30, 2020, a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.

**/s/Charles F. Willson/s/**
Charles F. Willson